IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

SAMUEL WOODWARD,

    Plaintiff,

v.        Civ. No. 16-775 JCH/KK

SOCIAL SECURITY
ADMINISTRATION,

    Defendant.

### ORDER ADOPTING MAGISTRATE JUDGE'S PROPOSED FINDINGS AND RECOMMENDED DISPOSITION

**THIS MATTER** is before the Court on the Proposed Findings and Recommended Disposition by United States Magistrate Judge Kirtan Khalsa, filed June 29, 2018. (Doc. 65.) The parties have not filed any objections. The failure to make timely objections to the Magistrate Judge's Proposed Findings and Recommended Disposition waives appellate review of both factual and legal questions. *U.S. v. One Parcel of Real Property*, 73 F.3d 1057, 1059 (10th Cir. 1996).

**IT IS THEREFORE ORDERED** that the Magistrate Judge's Proposed Findings and Recommended Disposition (Doc. 65) are adopted.

**IT IS FURTHER ORDERED** that

**(1)** *Defendant's Motion to Dismiss Plaintiff's Claims for Violation of his Weingarten Rights (Count VI and for Violation of the 14th Amendment (Count VII)*, filed January 12, 2018 (Doc. 50), is **GRANTED**;

**(2)** *Defendant's First Motion for Summary Judgment on Plaintiff's Claims for Race Discrimination (Count I)*, filed on January 12, 2018 (Doc. 49), is **GRANTED**; and

**(3)** *Defendant's Provisional Second Motion for Summary Judgment on Plaintiff's Claims for Retaliation (Count III), Gender Discrimination (Count IV) and Hostile Work Environment (Count II/Harassment (Count V)*, filed January 16, 2018 (Doc. 52), is **GRANTED**.

_____
**JUDITH C. HERRERA**
**United States District Judge**